INTAKE

OCT 3 0 2019

FILED

OCT 3 0 2019

Magistrate Judge Sidney I. Schenkier
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No.    18 CR 262
v. )
) Violations:   Title 18, United States
KISHAN MODUGUMUDI, ) Code, Sections 371, 1546, 1591(a), and
a/k/a "Sreeraj Chennuppati," "Raju," and ) (b)(1), and 1594(c); Title 8, United
CHANDRA KALA PURNIMA ) States Code, Section 1328
MODUGUMUDI, )
a/k/a "Vebha," "Vebha Jayam," "Vibha ) **Second Superseding Indictment**
Jayam" )

JUDGE KENDALL

MAGISTRATE JUDGE COX

**COUNT ONE**

The SPECIAL JANUARY 2019 GRAND JURY charges:

1.     At times material to this second superseding indictment:

a.     Defendant KISHAN MODUGUMUDI, a/k/a "Sreeraj

Chennuppati," and "Raju," was a citizen of India.

b.     Defendant CHANDRA KALA PURNIMA MODUGUMUDI, a/k/a

"Vebha," "Vebha Jayam," and "Vibha Jayam," was a citizen of India.

c.     Victims A, B, C, D, E, F, G, H and I were citizens of India.

d.     Defendants KISHAN MODUGUMUDI and CHANDRA KALA

PURNIMA MODUGUMUDI were husband and wife.

e.     Defendants KISHAN MODUGUMUDI and CHANDRA KALA

PURNIMA MODUGUMUDI resided at an apartment building located on Belden

Avenue in Chicago, Illinois ("the Belden Residence").   Defendants were renters of

1

three separate apartments inside the Belden Residence. The units were known to be "1E," "1W," and "Basement West."

## CONSPIRACY

2.      Beginning in or around March 2016 and continuing through on or about January 23, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI did knowingly and willfully combine, confederate, conspire and agree with one another and others known and unknown to the grand jury to knowingly import, keep, maintain, control, support, employ and harbor victims, including Victims A, B, C, D, E, F, G, H and I in the United States for the purpose of prostitution, as prohibited by Title 8, United States Code, Section 1328.

## SUMMARY OF THE CONSPIRACY

3.      Defendants  KISHAN  MODUGUMUDI  and  CHANDRA  KALA PURNIMA MODUGUMUDI conspired to bring Indian women into the United States to engage in prostitution in Chicago, Illinois, and elsewhere, for purposes of defendants' financial gain.

## MANNER AND MEANS OF THE CONSPIRACY

4.      It was part of the conspiracy that the conspirators recruited and enticed Indian women to come to the United States from India for purposes of prostitution.

5.      It was further part of the conspiracy that the conspirators provided the victims with fraudulent documents, including documents falsely stating the victims were to be honored at various Indian cultural events, in order for the victims to obtain

a visa from the United States government and for victims to show Customs and Border Protection officers for admission to the United States.

6.     It was further part of the conspiracy that the conspirators purchased airline tickets for the victims to travel from India to the United States.

7.     It was further part of the conspiracy that the conspirators harbored the victims in various locations, including but not limited to residences located in Chicago, Illinois, controlled by the conspirators, as well as hotel rooms in other U.S. cities.

8.     It was further part of the conspiracy that the conspirators transported or caused to be transported the victims to locations in the United States for the purpose of the victims engaging in commercial sex acts with customers who paid for those acts.

9.     It was further part of the conspiracy that, at times, defendant CHANDRA KALA PURNIMA MODUGUMUDI travelled with the victims to meet with customers and collected money from the customers for the commercial sex acts that were to take place with the victims.

10.    It was further part of the conspiracy that while the conspirators harbored the victims, the conspirators arranged for the victims to engage in prostitution in Chicago, Illinois and elsewhere for the conspirators' own financial benefit. Many victims performed commercial sex acts with numerous customers during their harboring by the conspirators.

11.     It was further part of the conspiracy that defendant CHANDRA KALA PURNIMA MODUGUMUDI kept ledgers detailing the number of commercial sex acts performed by the victims and payments received.

OVERT ACTS

12.     In furtherance of the conspiracy, and to accomplish the objectives of the conspiracy, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI committed one or more overt acts in the Northern District of Illinois and elsewhere, which overt acts included the following:

**Victim A**

a.     On or about September 17, 2017, defendant KISHAN MODUGUMUDI sent Victim A a fraudulent document in order for Victim A to obtain a United States visa to visit the United States.

b.     In or around October 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI purchased an airline ticket for Victim A to travel from India to the United States, knowing that she would be caused to engage in prostitution.

c.     In or around October 2017, defendant KISHAN MODUGUMUDI met Victim A at O'Hare International Airport and transported Victim A to the Belden Residence.

d.     Between in or around October 2017 and in or around November 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI solicited and

communicated with customers for the purpose of arranging commercial sex acts with Victim A.

      e.     Between in or around October 2017 and in or around November 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI purchased domestic airline tickets for Victim A to travel between Chicago, Illinois, and other U.S. cities, including New York, New York and Dallas, Texas, knowing that Victim A would be caused to engage in prostitution.

      f.     Between in or around October 2017 and in or around November 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI rented, or caused to be rented, hotel rooms for the purpose of Victim A engaging in commercial sex acts with customers arranged by CHANDRA KALA PURNIMA MODUGUMUDI.

      g.     Between in or around October 2017 and in or around November 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim A at the Belden residence knowing that she would be caused to engage in prostitution.

      h.     Between in or around October 2017 and in or around November 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI communicated with Victim A regarding the status of the individual encounters Victim A had with customers who purchased commercial sex acts with Victim A.

      i.     Between in or around October 2017 and in or around November 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI met with customers to collect money as payment for commercial sex acts with Victim A.

5

j.    On or about November 7, 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI collected approximately $1,000 from a customer as payment for a commercial sex act with Victim A.

k.    Defendant CHANDRA KALA PURNIMA MODUGUMUDI informed the customer there were rules he needed to follow before meeting with Victim A including: (1) the customer could not tell Victim A how much he paid CHANDRA KALA PURNIMA MODUGUMUDI; (2) the customer could not ask Victim A for her cell phone number; and (3) the customer could not physically abuse Victim A during their encounter.

l.    Between in or around October 2017 and in or around November 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI kept ledgers detailing the number of commercial sex acts performed by Victim A with individual clients and payments received from the customers for the commercial sex acts.

### Victim B

m.    On or about February 14, 2017, defendant KISHAN MODUGUMUDI sent Victim B a fraudulent document in order for Victim B to obtain a United States visa to visit the United States.

n.    In or around June 2017, defendant KISHAN MODUGUMUDI purchased an airline ticket for Victim B to travel from India to the United States, knowing that she would be caused to engage in prostitution.

o.    In or around December 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI purchased an airline ticket for Victim B to travel from

India to the United States, knowing that she would be caused to engage in prostitution.

   p.  Between in or around February 2017 and in or around January 2018, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI solicited and communicated with customers for purposes of arranging commercial sex acts with Victim B.

   q.  Between in or around February 2017 and in or around January 2018, defendant KISHAN MODUGUMUDI purchased a domestic airline ticket for Victim B to travel from Dallas, Texas, to Chicago, Illinois, knowing that Victim B would be caused to engage in prostitution.

   r.  Between in or around March 2017, defendant KISHAN MODUGUMUDI rented, or caused to be rented, a hotel room for the purpose of Victim B engaging in a commercial sex act with a customer arranged for by defendant CHANDRA KALA PURNIMA MODUGUMUDI.

   s.  Between in or around February 2017 and in or around January 2018, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim B at the Belden residence knowing that she would be caused to engage in prostitution.

   t.  Between in or around May 2017 and in or around January 2018, CHANDRA KALA PURNIMA MODUGUMUDI kept ledgers detailing the number of commercial sex acts performed by Victim B with individual clients and payments received from the customers for the commercial sex acts.

u.     In or around January 2018, KISHAN MODUGUMUDI transported Victim B from the Belden Residence to O'Hare International Airport for Victim B's return flight to India.

### Victim C

v.     In or around September 2017, defendant KISHAN MODUGUMUDI sent Victim C a travel itinerary detailing her flight from India to the United States, knowing that she would be caused to engage in prostitution.

w.     Between in or around September 2017 and in or around December 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI solicited and communicated with customers for the purpose of arranging commercial sex acts with Victim C.

x.     Between in or around September 2017 and in or around December 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI purchased domestic airline tickets for Victim C to travel between Chicago, Illinois and other U.S. cities, including New York, New York; Dallas, Texas; Harrisburg, Pennsylvania; and Washington, D.C., knowing that Victim C would be caused to engage in prostitution.

y.     Between in or around September 2017 and in or around December 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI rented, or caused to be rented, hotel rooms for the purpose of Victim C engaging in commercial sex acts with customers arranged for by KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI.

z.      Between in or around September 2017 and in or around December 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim C at a residence in Chicago, Illinois, knowing that she would be caused to engage in prostitution.

aa.      Between in or around November 2017 and in or around December 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI communicated with Victim C regarding the status of the individual encounters Victim C had with customers who purchased commercial sex acts with Victim C.

bb.      In or around October 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI threatened a customer with exposure if he did not pay KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI $6,000 they claimed the customer owed for commercial sex acts with Victim C.

cc.      Between in or around September 2017 and in or around December 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI provided Victim C with condoms for use during the commercial sex acts arranged for Victim C.

dd.      Between in or around September 2017 and in or around December 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI kept ledgers detailing the number of commercial sex acts performed by Victim C with individual clients and payments received from the customers for the commercial sex acts.

**Victim D**

ee.     Between in or around November 2016 and in or around January 2018, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI solicited and communicated with customers for the purpose of arranging commercial sex acts with Victim D.

ff.     Between in or around November 2016 and in or around January 2018, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI purchased domestic airline tickets for Victim D to travel between Chicago, Illinois and other U.S. cities, including Houston, Texas; Dallas, Texas; and New York, New York; knowing that Victim D would be caused to engage in prostitution.

gg.     Between in or around November 2016 and in or around January 2018, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI rented, or caused to be rented, hotel rooms for the purpose of Victim D engaging in commercial sex acts with customers arranged for by KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI.

hh.     Between in or around November 2016 and in or around January 2018, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim D at the Belden residence knowing that she would be caused to engage in prostitution.

ii.     Between in or around January 2018, defendant CHANDRA KALA PURNIMA MODUGUMUDI communicated with Victim D regarding the

10

status of the individual encounters Victim D had with customers who purchased commercial sex acts with Victim D.

jj.     Between in or around November 2016 and in or around January 2018, defendant CHANDRA KALA PURNIMA MODUGUMUDI met with customers to collect money as payment for commercial sex acts with Victim D.

kk.     In or around January 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI collected approximately $3,000 from a customer at a hotel in Sugar Land, Texas, as payment for a commercial sex act with Victim D.

ll.     In or around November 2016, defendant CHANDRA KALA PURNIMA MODUGUMUDI collected approximately $2,400 from a customer at a hotel in Ellicott City, Maryland, as payment for a commercial sex act with Victim D.

mm.     Between in or around June 2017 and on or about January 23, 2018, defendant CHANDRA KALA PURNIMA MODUGUMUDI kept ledgers detailing the number of commercial sex acts performed by Victim D with individual clients and payments received from the customers for the commercial sex acts.

nn.     In or around January 2018, defendant CHANDRA KALA PURNIMA MODUGUMUDI purchased an airline ticket for Victim D to travel from India to the United States, knowing that she would be caused to engage in prostitution.

## Victim E

oo.     On or about May 1, 2017, defendant KISHAN MODUGUMUDI sent Victim E a fraudulent document in order for Victim E to obtain a United States visa to visit the United States.

pp.     In or around May 2017, defendant KISHAN MODUGUMUDI sent Victim E a boarding pass ticket for Victim E's travel from India to the United States, knowing that she would be caused to engage in prostitution.

qq.     Between in or around May 2017 and in or around July 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI solicited and communicated with customers for the purpose of arranging commercial sex acts with Victim E.

rr.     Between in or around May 2017 and in or around July 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI purchased a domestic airline ticket for Victim E to travel from Dallas, Texas to Chicago, Illinois, knowing that she would be caused to engage in prostitution.

ss.     Between in or around May 2017 and in or around July 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI rented, or caused to be rented, hotel rooms for the purpose of Victim E engaging in commercial sex acts with customers.

tt.     Between in or around May 2017 and in or around July 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA

MODUGUMUDI harbored Victim E at the Belden residence knowing that she would be caused to engage in prostitution.

uu.     Between in or around May 2017 and in or around July 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI kept ledgers detailing the number of commercial sex acts performed by Victim E with individual clients and payments received from the customers for the commercial sex acts.

### Victim F

vv.     In or around July 2017, defendant KISHAN MODUGUMUDI sent Victim F a fraudulent document in order for Victim A to obtain a United States visa to visit the United States.

ww.     In or around July 2017, defendant KISHAN MODUGUMUDI purchased an airline ticket for Victim F to travel from India to the United States, knowing that she would be caused to engage in prostitution.

xx.     Between in or around July 2017 and in or around August 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI solicited and communicated with customers for the purpose of arranging commercial sex acts with Victim F.

yy.     Between in or around July 2017 and in or around August 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim F at the Belden residence knowing that she would be caused to engage in prostitution.

13

zz.   Between in or around July 2017 and in or around August 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI rented, or caused to be rented, hotel rooms for the purpose of Victim F engaging in commercial sex acts with customers arranged for by KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI.

aaa.   Between in or around July 2017 and in or around August 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI met with customers to collect money as payment for commercial sex acts with Victim F.

bbb.   Between in or around July 2017 and in or around August 2017, defendant CHANDRA KALA PURNIMA MODUGUMUDI kept ledgers detailing the number of commercial sex acts performed by Victim F with individual clients and payments received from the customers for the commercial sex acts.

## Victim G

ccc.   In or around May 2017, defendant KISHAN MODUGUMUDI sent Victim G a fraudulent document in order for Victim G to obtain a United States visa to visit the United States.

ddd.   In or around May 2017, defendant KISHAN MODUGUMUDI facilitated the purchase of an airline ticket for Victim G to travel from India to the United States, knowing that she would be caused to engage in prostitution.

eee.   In or around May 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI solicited and communicated with customers for the purpose of arranging commercial sex acts with Victim G.

14

fff.   In or around May 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim G at various hotels and the Belden residence knowing that she would be caused to engage in prostitution;

## Victim H

ggg.   In or around June 2017, defendant KISHAN MODUGUMUDI sent Victim H a fraudulent document in order for Victim H to obtain a United States visa to visit the United States.

hhh.   In or around June 2017, defendant KISHAN MODUGUMUDI purchased an airline ticket for Victim H to travel from India to the United States, knowing that she would be caused to engage in prostitution.

iii.   In or around June 2017, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim H at the Belden residence for the purpose of causing Victim H to engage in prostitution;

## Victim I

jjj.   In or around March 2016, defendant KISHAN MODUGUMUDI sent Victim I a fraudulent document in order for Victim I to obtain a United States visa to visit the United States.

kkk.   In or around March 2016, defendant KISHAN MODUGUMUDI facilitated the purchase of an airline ticket for Victim I to travel from India to the United States, knowing that she would be caused to engage in prostitution.

lll.    Between in or around March 2016 and in or around September 2016, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI solicited and communicated with customers for the purpose of arranging commercial sex acts with Victim I.

mmm.  Between in or around March 2016 and in or around June 2016, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI harbored Victim I at the Belden residence knowing that she would be caused to engage in prostitution.

nnn.   Between in or around March 2016 and in or around June 2016, defendants KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI rented, or caused to be rented, hotel rooms for the purpose of Victim I engaging in commercial sex acts with customers arranged for by KISHAN MODUGUMUDI and CHANDRA KALA PURNIMA MODUGUMUDI.

ooo.    Between in or around March 2016 and in or around June 2016, defendant CHANDRA KALA PURNIMA MODUGUMUDI met with customers to collect money as payment for commercial sex acts with Victim I.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO through TWELVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about the dates identified below as to each count, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"
and
CHANDRA KALA PURNIMA MODUGUMUDI,
a/k/a "Vebha," "Vebha Jayam," "Vibha Jayam,"

defendants herein, did directly and indirectly import into the United States the alien victim identified below, for the purpose of prostitution and other immoral purposes:

| COUNT | DATES | VICTIM |
|---|---|---|
| 2 | In or around October 2017 and continuing through in or around November 2017 | A |
| 3 | In or around June 2017 and continuing through in or around November 2017 | B |
| 4 | In or around December 2017 and continuing through in or around January 2018 | B |
| 5 | In or around September 2017 and continuing through in or around December 2017 | C |
| 6 | In or around November 2016 and continuing through in or around January 2017 | D |
| 7 | In or around January 2018 and continuing through on or about January 23, 2018 | D |

17

| 8 | In or around May 2017 and continuing through in or around July 2017 | E |
|---|---|---|
| 9 | In or around July 2017 and continuing through in or around August 2017 | F |
| 10 | In or around May 2017 | G |
| 11 | In or around June 2017 | H |
| 12 | In or around March 2016 and continuing through in or around June 2016 | I |

All in violation of Title 8, United States Code, Section 1328.

## COUNT THIRTEEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about February 16, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"

defendant herein, did knowingly possess a counterfeit Permanent Resident Card as evidence of authorized stay or employment in the United States, which the defendant knew to be forged, counterfeited, altered, falsely made, and unlawfully obtained;

In violation of Title 18, United States Code, Section 1546(a).

19

## **COUNT FOURTEEN**

The SPECIAL JANUARY 2019 GRAND JURY further charges:

In or around March 2016 and continuing through in or around January 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"
and
CHANDRA KALA PURNIMA MODUGUMUDI,
a/k/a "Vebha," "Vebha Jayam," "Vibha Jayam,"

defendants herein, conspired with each other and others known and unknown to the grand jury, in and affecting interstate commerce, to knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, and to benefit financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a);

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT FIFTEEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

In or around September 2017 and continuing through in or around December 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"
and
CHANDRA KALA PURNIMA MODUGUMUDI,
a/k/a "Vebha," "Vebha Jayam," "Vibha Jayam,"

defendants herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means a person, namely, Victim C, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Victim C, knowing and in reckless disregard of the fact that fraud and coercion, and any combination of such means, would be used to cause Victim C to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

## <u>COUNT SIXTEEN</u>

The SPECIAL JANUARY 2019 GRAND JURY further charges:

In or around July 2017 and continuing through in or around August 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"
and
CHANDRA KALA PURNIMA MODUGUMUDI,
a/k/a "Vebha," "Vebha Jayam," "Vibha Jayam,"

defendants herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means a person, namely, Victim F, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Victim F, knowing and in reckless disregard of the fact that force, threats of force, fraud and coercion, and any combination of such means, would be used to cause Victim F to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

## COUNT SEVENTEEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

In or around May 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"
and
CHANDRA KALA PURNIMA MODUGUMUDI,
a/k/a "Vebha," "Vebha Jayam," "Vibha Jayam,"

defendants herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means a person, namely, Victim G, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim G to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

## COUNT EIGHTEEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

In or around June 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"
and
CHANDRA KALA PURNIMA MODUGUMUDI,
a/k/a "Vebha," "Vebha Jayam," "Vibha Jayam,"

defendants herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means a person, namely, Victim H, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim H to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

24

**COUNT NINETEEN**

The SPECIAL JANUARY 2019 GRAND JURY further charges:

In or around March 2016 and continuing through in or around September 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KISHAN MODUGUMUDI,
a/k/a "Sreeraj Chennuppati," "Raju,"
and
CHANDRA KALA PURNIMA MODUGUMUDI,
a/k/a "Vebha," "Vebha Jayam," "Vibha Jayam,"

defendants herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means a person, namely, Victim I, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Victim I, knowing and in reckless disregard of the fact that fraud and coercion, and any combination of such means, would be used to cause Victim I to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

25